```
_____ FILED    _____ LODGED
           _____ RECEIVED
                Feb 07, 2025
        CLERK U.S. DISTRICT COURT
   WESTERN DISTRICT OF WASHINGTON AT TACOMA
   BY _____ DEPUTY
```

District Court for the Western District of Washington

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff ) | |
| ) | |
| vs. ) | MJ25-5044 |
| ) | |
| TAMARA DELL CLEVENGER, ) | |
| ) | ORDER APPOINTING |
| ) | FEDERAL PUBLIC |
| ) | DEFENDER |
| Defendant ) | |
| ) | |

On the basis of the above-named defendant's submitted financial statement, the court finds that he/she is financially unable to retain counsel and the Federal Public Defender for the Western District of Washington be and is hereby appointed to represent the above-named defendant pursuant to Title 18 United States code 3006A.

Dated this 7th day of February, 2025

*/s/ David W. Christel*

US Magistrate Judge David W. Christel

ORDER APPOINTING F.P.D.