District Court for the Western District of Washington

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff ) | |
| ) | |
| ) | |
| vs. ) | MJ25-5044 |
| ) | |
| ) | |
| TAMARA DELL CLEVENGER, ) | NOTICE OF ASSIGNMENT |
| ) | FEDERAL PUBLIC |
| ) | DEFENDER |
| Defendant ) | |
| ) | |
| ) | |

NOTICE IS HEREBY GIVEN by the office of the Federal Public Defender that Rebecca Fish will be the Assistant Federal Public Defender assigned to the above-captioned case.

Dated this 6th day of February, 2025

**FEDERAL PUBLIC DEFENDER**
**1601 FIFTH AVENUE, SUITE 700**
**SEATTLE, WASHINGTON 98101**
**(206) 553-1100**