FILED ___ LODGED
___ RECEIVED
Apr 22, 2025
CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT TACOMA
BY _____ DEPUTY

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff<br><br>v.<br><br>TAMARA CLEVENGER,<br><br>Defendant. | NO. 3:25-cr-05102-TMC<br><br>INFORMATION |

The United States Attorney charges that:

## COUNT 1

**(Wire Fraud)**

**A. Overview**

1. From 2012 through 2022, Defendant TAMARA CLEVENGER was employed as the Clerk-Treasurer for the City of Morton in Lewis County, Washington.

2. As Clerk-Treasurer, CLEVENGER was responsible for handling the City's bank deposits, reconciling and recording payments in the City's accounting system, and was an authorized signer on City checks.

3. Between 2013 and 2021, CLEVENGER stole at least $937,584 from the City, including public payments made to the City by residents and taxpayers.

Information - 1
*United States v. Clevenger*, CR2024R01095

UNITED STATES ATTORNEY
1201 PACIFIC AVE., SUITE 700
TACOMA, WASHINGTON 98402
(253) 428-3800

**B. The Scheme to Defraud**

4. Beginning at a time unknown, but no later than on or about February 4, 2013, and continuing until at least December 29, 2021, in Lewis County, within the Western District of Washington, and elsewhere, TAMARA CLEVENGER devised and intended to devise a scheme and artifice to defraud the City of Morton, in Lewis County, in the State of Washington, to obtain money and property by means of materially false and fraudulent pretenses, representations, and promises.

5. The essence of the scheme and artifice to defraud, committed over the course of nine years, was for CLEVENGER to steal public funds from the City by writing fraudulent checks, stealing cash payments, and making unauthorized ATM withdrawals.

**C. Manner and Means**

The following conduct was part of Clevenger's scheme and artifice to defraud.

    **a.    Theft of City Cash**

6. Between November 2015 and December 2021, CLEVENGER secretly stole at least $311,727 of the City's cash, including payments made to the City for services rendered.

7. To conceal her fraud, CLEVENGER wrote checks from the City to the City in the amount that equaled the stolen cash (a "check for cash" substitution) in order to reconcile the missing cash in the City's accounting records. Clevenger then deposited the unauthorized checks into the City's bank account to hide her theft.

8. CLEVENGER also stole City cash by making unauthorized cash withdrawals using a City-issued ATM card.

    **b.    Unauthorized Disbursements Using Fraudulent Checks**

9. Between February 2013 and December 2021, CLEVENGER stole at least $625,857 of City funds by writing unauthorized City checks to herself and depositing the

Information - 2
*United States v. Clevenger*, CR2024R01095

UNITED STATES ATTORNEY
1201 PACIFIC AVE., SUITE 700
TACOMA, WASHINGTON 98402
(253) 428-3800

checks into her personal bank account.

10. To conceal her fraud, CLEVENGER reported the fraudulent checks written to herself as a vendor payment in the City's accounting system and created fake vendor invoices or reused legitimate invoices from previous transactions to substantiate the payments.

**D. Execution of the Scheme to Defraud**

11. CLEVENGER used interstate wire communications to execute her scheme to defraud. As one example, on or about February 27, 2021, in Lewis County, within the Western District of Washington, and elsewhere, CLEVENGER, for the purpose of executing and attempting to execute the scheme to defraud, knowingly transmitted, and caused to be transmitted, writings, signs, signals, pictures, and sounds, by causing a transfer of $5,808.94 originating in Washington State to Umpqua's servers located outside of Washington.

All in violation of Title 18, United States Code, Section 1343 and Section 2.

## **FORFEITURE ALLEGATION**

The allegations contained in Count 1 above are hereby realleged and incorporated by reference for the purpose of alleging forfeiture. Upon conviction of the offense alleged in Count 1, TAMARA CLEVENGER shall forfeit to the United States any property, real or personal, which constitutes, or is derived from, proceeds traceable to the offense. All such property is forfeitable pursuant to Title 18, United States Code, Section 981(a)(1)(C), by way of Title 28, United States Code, Section 2461(c), and includes but is not limited to a sum of money reflecting the proceeds Defendant obtained as result of the offense.

**Substitute Assets.** If any of the above-described forfeitable property, as a result of any act or omission of the defendant,

    a. cannot be located upon the exercise of due diligence;

Information - 3
*United States v. Clevenger*, CR2024R01095

UNITED STATES ATTORNEY
1201 PACIFIC AVE., SUITE 700
TACOMA, WASHINGTON 98402
(253) 428-3800

      b.      has been transferred or sold to, or deposited with, a third party;

      c.      has been placed beyond the jurisdiction of the Court;

      d.      has been substantially diminished in value; or,

      e.      has been commingled with other property which cannot be divided without difficulty,

it is the intent of the United States to seek the forfeiture of any other property of the defendant, up to the value of the above-described forfeitable property, pursuant to Title 21, United States Code, Section 853(p).

DATED this  22nd   day of April, 2025.

*s/ Sarah G. Vogel, for*
TEAL LUTHY MILLER
Acting United States Attorney

*Seth Wilkinson*
SETH WILKINSON
Assistant United States Attorney

*Amanda McDowell*
AMANDA MCDOWELL
Assistant United States Attorney

Information - 4
*United States v. Clevenger*, CR2024R01095

UNITED STATES ATTORNEY
1201 PACIFIC AVE., SUITE 700
TACOMA, WASHINGTON 98402
(253) 428-3800