FILED _____ LODGED
_____ RECEIVED

MAY 07 2025

CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT TACOMA
BY _____ DEPUTY

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> TAMARA CLEVENGER, <br><br> Defendant. | NO. CR25-5102 TMC <br><br> WAIVER OF INDICTMENT |

I, TAMARA CLEVENGER, having been advised of the nature of the charge and that it is punishable by imprisonment for a term exceeding one year, and having been advised of my right to prosecution by Indictment pursuant to Rule 7(a) of the Federal Rules of Criminal Procedure; having been advised that pursuant to Rule 7(b) of the Federal Rules of Criminal Procedure I may waive prosecution by Indictment and may be prosecuted by Information, do knowingly, and with advice of counsel, waive in open court my right to be prosecuted by Indictment and do hereby consent to prosecution by Information.

//
//
//

Waiver of Indictment - 1
United States v. Clevenger, CR25-5102 TMC

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

Dated this 7th day of May, 2025.

_____
TAMMY CLEVENGER
Defendant

_____
REBECCA FISH
Attorney for Defendant

_____
AMANDA MCDOWELL
Assistant United States Attorney

Approved:

_____
DAVID W. CHRISTEL
United States Magistrate Judge

Waiver of Indictment - 2
*United States v. Clevenger*, CR25-5102 TMC

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970